PARKER DOUGLAS (8924)
Utah Federal Solicitor
DAVID N. WOLF (6688)
Assistant Utah Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
350 North State Street, Ste. 230
P.O. Box 142320
Salt Lake City, Utah 84114-2320
Telephone: (801) 538-9600
Facsimile: (801) 538-1121
E-mail: pdouglas@utah.gov
E-mail: dnwolf@utah.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UTAH REPUBLICAN PARTY, | **JOINT MOTION TO CERTIFY QUESTION TO THE UTAH SUPREME COURT** |
|---|---|
| Plaintiff, | |
| v. | |
| GARY R. HERBERT, in his Official Capacity as Governor of Utah, and SPENCER J. COX, in his Official Capacity as Lieutenant Governor of Utah, | Case No. Case No. 2:16-cv-00038-DN |
| | Judge David Nuffer |
| Defendants. | |

Pursuant to the Court's order dated January 19, 2016, [1] Defendants Gary R. Herbert and

Spencer J. Cox ("Defendants") and Plaintiff Utah Republican Party ("Plaintiff"), through

counsel, met and conferred on January 26, 2016 to discuss what questions, if any, were

---

[1] *See* doc. 7.

appropriate to submit to this Court to request certification to the Utah Supreme Court for resolution pursuant to Utah Rule of Appellate Procedure 41(a). Subsequently, the Utah Democratic Party ("UDP") filed a motion to intervene in this case.[2]  Accordingly, on January 29, 2016, counsel for the parties and the UDP held a second conference to discuss what questions, if any, were appropriate to submit to this Court to request certification to the Utah Supreme Court for resolution.  Pursuant to the Court's order dated January 19, 2016, Plaintiff and Defendants hereby jointly move the Court to certify the following question to the Utah Supreme Court for resolution:[3]

> In interpreting Utah Code § 20A-9-101(12)(d), § 20A-9-406(3) and § 20A-9-406(4), does Utah law require that a QPP permit its members to seek its nomination by "either" or "both" of the methods set forth in § 20A-9-407 and § 20A-9-408, or may a QPP preclude a member from seeking the party's nomination by gathering signatures under § 20A -9- 408?
>
> The statutes that may be at issue include:  Utah Code § 20A-9-101(12)(d), Utah Code § 20A-9-406(3), Utah Code § 20A-9-406(4) and Utah Code § 20A-9-401.

The parties further represent that the question set forth above is a controlling issue of law in the proceedings before this Court, and that the parties have not identified any controlling Utah law to resolve this issue.[4]

The parties reserve the right to submit additional questions to this Court for certification to the Utah Supreme Court.

---

[2] *See* doc. 10.
[3] *See* doc. 7.  See also Utah Rule of Appellate Procedure 41(a).
[4] *See* Utah Rule of Appellate Procedure 41(a).

DATED:  January 29, 2016

| | |
|---|---|
| Troupis Law Office, P.A. | OFFICE OF THE UTAH ATTORNEY GENERAL |
| /s/Christ Troupis | /s/ David N. Wolf |
| Christ Troupis | PARKER DOUGLAS |
| *Attorney for Plaintiff* | Utah Federal Solicitor |
| *(approved as to form)* | DAVID N. WOLF |
| | Assistant Attorney General |