

# INVOICE

Invoice # 1789
Date: 04/15/2016
Due Upon Receipt

Utah Democratic Party

**Intervenor - Utah Republican Party v. Cox, Spencer J. - Supreme Court No. 20160077**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/03/2016 | AM | READ BRIEFS IN PREPARATION TO OUTLINE SECOND CERTIFIED QUESTION | 2.10 | $190.00 | $399.00 |
| 03/04/2016 | AM | RESEARCH SECOND CERTIFIED QUESTION AND SEPARATION OF POWERS ISSUES | 5.30 | $190.00 | $1,007.00 |
| 03/05/2016 | AM | DRAFT DETAILED OUTLINE OF SECOND CERTIFIED QUESTION WITH CASE LAW | 4.30 | $190.00 | $817.00 |
| 03/07/2016 | AM | MEETING WITH STORMONT & BILLINGS | 0.90 | $190.00 | $171.00 |
| 03/07/2016 | AM | DRAFT BRIEF FOR SECOND CERTIFIED QUESTION | 2.90 | $190.00 | $551.00 |
| 03/07/2016 | TLB | PREPARE FOR AND MEET WITH C. STORMONT AND D. BILLINGS RE STRATEGY FOR BRIEF; DISCUSS DRAFT OUTLINES AND PRIOR RULINGS | 3.20 | $385.00 | $1,232.00 |
| 03/09/2016 | AM | FINISH DRAFTING ARGUMENT FOR SECOND CERTIFIED QUESTION | 4.30 | $190.00 | $817.00 |
| 03/09/2016 | AM | EDIT FACTS, DRAFT SUMMARY OF ARGUMENT FOR SECOND CERTIFIED QUESTION | 1.20 | $190.00 | $228.00 |
| 03/10/2016 | BK | REVIEW AND REVISE DRAFT BRIEF | 1.40 | $240.00 | $336.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/2016 | TLB | REVIEW AND REVISE ENTIRE BRIEF | 3.60 | $385.00 | $1,386.00 |
| 03/14/2016 | TLB | FINALIZE BRIEF AND SEND FOR FILING | 1.30 | $385.00 | $500.50 |
| 03/14/2016 | BK | REVIEW AND REVISE DRAFT BRIEF | 1.30 | $240.00 | $312.00 |
| 03/16/2016 | TLB | REVIEW BRIEFS; OUTLINE RESPONSE; REVIEW CASES CITED; DISCUSS NEXT BRIEF WITH C. STORMONT AND D. BILLINGS | 3.80 | $385.00 | $1,463.00 |
| 03/22/2016 | TLB | REVIEW AND REVISE RESPONSE BRIEF | 2.30 | $385.00 | $885.50 |
| 03/22/2016 | JH | REVIEW AND CITATION CHECK OF RESPONSE BRIEF | 3.60 | $240.00 | $864.00 |
| 03/23/2016 | JH | FINISHED EDITING AND CHECKING CITATIONS IN RESPONSE BRIEF | 1.50 | $240.00 | $360.00 |
| 04/01/2016 | TLB | MOOT C. STORMONT | 1.20 | $385.00 | $462.00 |
| 04/01/2016 | JH | PREP AND MOOT | 3.60 | $240.00 | $864.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Troy Booher | 15.4 | $385.00 | $5,929.00 |
| John Hurst | 8.7 | $240.00 | $2,088.00 |
| Beth Kennedy | 2.7 | $240.00 | $648.00 |
| Alexandra Mareschal | 21.0 | $190.00 | $3,990.00 |
| | | **Subtotal** | **$12,655.00** |
| | | **Total** | **$12,655.00** |

## Statement of Account

| Outstanding Balance | | New Charges | | Total Amount Due |
|---|---|---|---|---|
| $0.00 | + | $12,655.00 | = | **$12,655.00** |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1789 | 04/15/2016 | $12,655.00 | $0.00 | $12,655.00 |
| | | | **Outstanding Balance** | **$12,655.00** |
| | | | **Total Amount Outstanding** | **$12,655.00** |

Zimmerman Jones Booher accepts credit card payments, secured using LawPay.
To make a credit-card payment, please follow the secure link below:
https://secure.lawpay.com/pages/zjbappeals/operating

   

Or mail check to:
Zimmerman Jones Booher
Felt Building, Fourth Floor
341 South Main Street
Salt Lake City, Utah 84111
Phone: (801) 924-0200

Taxpayer Identification Number (TIN): 45-2522075

Payment is due upon receipt.