May 9, 2016
Invoice #



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

Invoice for
Utah Democratic Party
825 N 300 W, Suite C400
Salt Lake City UT 84103

In reference to
SB54 Litigation

# invoice

## professional services

| Date | Name | Description | Hrs/Rate | Subtotal |
|------|------|-------------|----------|----------|
| Jan 20, 2016 | David Billings | 01/20/2016<br>Draft motion to intervene and proposed complaint (3.8); strategy discussion with Charles Stormont (.5). | 04:18<br>$265.00 | $1,139.50 |
| Jan 20, 2016 | Charles Stormont | 01/20/2016<br>Review materials related to prior suit over SB54 by Utah Republican Party and Constitution Party (1.5); review October 27, 2015 transcript (0.5); various discussions of strategy and issues with David Billings (0.5). | 02:30<br>$350.00 | $875.00 |
| Jan 21, 2016 | David Billings | 01/21/2016<br>Edit/revise/review motion to intervene and proposed complaint (3.8). | 03:48<br>$265.00 | $1,007.00 |
| Jan 22, 2016 | David Billings | 01/22/2016<br>Edit/revise/review motion to intervene and proposed complaint (6.2). | 06:12<br>$265.00 | $1,643.00 |
| Jan 22, 2016 | Charles Stormont | 01/22/2016<br>Research equal protection requirements in election context (0.5); research Utah Constitutional provisions implicated by conduct of Lt. Governor (1.2); research self-executing provisions of Utah Constitution and email David Billings regarding same (1.0); revise draft complaint and motion to intervene prepared by David Billings (1.7). | 03:24<br>$350.00 | $1,190.00 |
| Jan 23, 2016 | Charles Stormont | 01/23/2016<br>Research associational rights implicated by unequal enforcement of state law (1.0). | 01:00<br>$350.00 | $350.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Jan 25, 2016 | David Billings | 01/25/2016<br>Edit/revise/review motion to intervene and proposed complaint (.7). | 00:42<br>$265.00 | $185.50 |
| Jan 26, 2016 | Charles Stormont | 01/26/2016<br>Call with Lauren Littlefield regarding status of pleadings (0.5); email copies of draft pleadings to Peter Corroon and Lauren Littlefield (0.1); call with Yandary Zavala regarding background information (0.1); conference call with UDP and candidates relating to motion to intervene (0.4); call with David Wolf regarding motion to intervene, status of the case, and process forward (0.5); voicemail for Marcus Mumford regarding same (0.0); revise draft motion to intervene and proposed complaint based upon comments from David Reymann (1.9). | 03:30<br>$350.00 | $1,225.00 |
| Jan 26, 2016 | David Billings | 01/26/2016<br>Edit/revise/review motion to intervene and proposed complaint (.6); attend conference call with Party members explaining lawsuit (.4). | 01:00<br>$265.00 | $265.00 |
| Jan 27, 2016 | Charles Stormont | 01/27/2016<br>Review talking points received from UDP and provide comments on same to ensure they accurately reflect pleadings filed (0.2). | 00:12<br>$350.00 | $70.00 |
| Jan 28, 2016 | David Billings | 01/28/2016<br>Strategy session with Charles Stormont re: questions to certify to state supreme court (0.4); draft proposed questions (0.9). | 01:18<br>$265.00 | $344.50 |
| Jan 28, 2016 | Charles Stormont | 01/28/2016<br>Call with David Wolf regarding status and process forward, including conference call regarding questions for certification to Utah Supreme Court (0.4); research relating to failure of qualified political party to meet requirements of same in preparation for discussion of certification questions (0.7); email to David Reymann regarding same (0.1); strategy discussion with David Billings (0.4); review proposed questions for certification prepared by David Billings and revise same in preparation for conference call on same (0.3). | 01:54<br>$350.00 | $665.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Jan 29, 2016 | David Billings | 01/29/2016<br>Conference call with counsel re: certified questions (0.5); compose correspondence to Peter Corroon and Lauren Littlefield thereon (0.2). | 00:42<br>$265.00 | $185.50 |
| Jan 29, 2016 | Charles Stormont | 01/29/2016<br>Review pleadings in preparation for conference call regarding certification of questions to Utah Supreme Court (0.5); conference call with counsel for Utah Republican Party and counsel for Defendants regarding same (0.5); email David Wolf regarding certification issue (0.2). | 01:12<br>$350.00 | $420.00 |
| Feb 1, 2016 | David Billings | 02/01/2016<br>Strategy session with Charles Stormont to prepare for status conference on certified question(s) (0.4); prepare for status conference (0.6). | 01:00<br>$265.00 | $265.00 |
| Feb 1, 2016 | Charles Stormont | 02/01/2016<br>Call with David Wolf regarding scheduling issues (0.1); discuss strategy with David Billings (0.4); call with Christ Troupis regarding scheduling issues and possibility of stipulation to UDP intervention (0.2). | 00:42<br>$350.00 | $245.00 |
| Feb 3, 2016 | Charles Stormont | 02/03/2016<br>Email David Wolf and Christ Troupis regarding scheduling issues (0.1); review Court's order on motion to intervene (0.2); review proposed facts from Judge Nuffer relating to certification of first question (either or both provision) to Utah Supreme Court (0.3); email Peter Corroon and Lauren Littlefield regarding same (0.1); preparation for status conference with David Billings (0.5); email counsel for the State and URP regarding proposed revisions to UDP complaint in light of dismissal of Governor (0.2); further strategy discussions with David Billings (0.3); prepare complaint for filing with the court based on instructions from Deputy Clerk and email David Billings regarding same (0.6). | 02:18<br>$350.00 | $805.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 3, 2016 | David Billings | 02/03/2016 Analysis of Christ Troupis' email re: URP's objection to UDP's motion to intervene; edit/revise/review status conference talking points (.1); analysis of URP's objection and prepare reply (1.0); analysis of Court's proposed order and prepare for status conference (2.0); strategy sessions with Charles Stormont thereon (0.8); amend complaint to remove Gov. Herbert (.2). | 04:06 $265.00 | $1,086.50 |
| Feb 4, 2016 | David Billings | 02/04/2016 Prepare for status conference and filing of intervenor complaint (3.6); attend status conference (.9); debrief UDP representative and file amended complaint (.1); strategy sessions with Charles Stormont re: status conference (0.7); draft motion to certify question (1.6). | 06:54 $265.00 | $1,828.50 |
| Feb 4, 2016 | Charles Stormont | 02/04/2016 Discuss strategy with David Billings (0.2); discuss results of status conference with David Billings (0.5); outline motion for certification of second question (effect of noncompliance with the law by URP) and discuss drafting of same with David Billings (0.5); review docket entries, including minute entry, intervenor complaint, and order of certification of first question (0.8). | 02:00 $350.00 | $700.00 |
| Feb 5, 2016 | Charles Stormont | 02/05/2016 Provide status update to Peter Corroon and Lauren Littlefield (0.2); discuss strategy with David Billings (0.3); revise motion to certify second question (1.7); email proposed final version of same to Peter Corroon and Lauren Littlefield (0.1); email same to David Reymann for comments (0.1); discuss MJOP strategy with David Billings (0.6); voicemail for David Wolf regarding MJOP (0.0); revise proposed memorandum decision certifying second question (0.4); email same to Peter Corroon and Lauren Littlefield (0.1); email same to David Reymann for comments (0.1); call with Peter Corroon and David Billings regarding same (0.3). | 03:54 $350.00 | $1,365.00 |



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 5, 2016 | David Billings | 02/05/2016<br>Edit/revise/review motion for certified question (1.5); draft proposed memorandum decision and order (1.4); draft motion for judgment on the pleadings (1.9); strategy sessions with Charles Stormont thereon (0.9). | 05:42<br>$265.00 | $1,510.50 |
| Feb 6, 2016 | David Billings | 02/06/2016<br>Edit/revise/review motion for judgment on the pleadings (3.2); conference call with David Wolf re: dispositive motions (.6). | 03:48<br>$265.00 | $1,007.00 |
| Feb 7, 2016 | David Billings | 02/07/2016<br>Edit/review/revise motion for judgment on the pleadings (.9); analysis of October 27, 2015 hearing transcript and Lt. Governor's answer (.8); discuss strategy with Charles Stormont (0.3). | 02:00<br>$265.00 | $530.00 |
| Feb 7, 2016 | Charles Stormont | 02/07/2016<br>Discuss strategy relating to motion for judgment on the pleadings with David Billings (0.3). | 00:18<br>$350.00 | $105.00 |
| Feb 8, 2016 | Charles Stormont | 02/08/2016<br>Revise draft MJOP (1.5); research claim preclusion involving third parties (0.3); discussions with David Billings regarding strategy (0.4). | 02:12<br>$350.00 | $770.00 |
| Feb 8, 2016 | David Billings | 02/08/2016<br>Research re: waiver, election of remedies (4.0); strategy session with Charles Stormont re: motion for judgment on the pleadings (0.4). | 04:24<br>$265.00 | $1,166.00 |
| Feb 9, 2016 | David Billings | 02/09/2016<br>Analysis of URP opposition to motion to certify question (.6); strategy session with Charles Stormont thereon (0.2); draft consolidated reply (2.9). | 03:42<br>$265.00 | $980.50 |



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 9, 2016 | Charles Stormont | 02/09/2016 Review URP opposition to certification of second question and outline response to same (0.6); discuss same with David Billings (0.2); review pleadings and further revise draft MJOP (1.9); texts with Lauren Littlefield regarding potential effects of pending legislation on suit (0.5); email Peter Corroon and Lauren Littlefield regarding strategy (0.3); revise draft reply relating to certification of second question (1.0). | 04:30 $350.00 | $1,575.00 |
| Feb 10, 2016 | David Billings | 02/10/2016 Edit/revise/review motion for judgment on the pleadings (3.1); analysis of LG's response to motion to certify second question (.4); edit/revise/review reply in support of motion to certify second question (2.7); strategy sessions with Charles Stormont thereon (0.2). | 06:24 $265.00 | $1,696.00 |
| Feb 10, 2016 | Charles Stormont | 02/10/2016 Review LG response to motion for certification of second question (0.3); discuss strategy relating to same with David Billings (0.2); call with Peter Corroon regarding strategy (0.1); revise reply relating to certification of second question and email draft of same to Peter Corroon and Lauren Littlefield for comments (1.6); revise draft MJOP and send same to David Reymann for comments (0.6). | 02:48 $350.00 | $980.00 |
| Feb 11, 2016 | Charles Stormont | 02/11/2016 Review email from Peter Corroon regarding URP standing issues and respond to same (0.1); discuss strategy with David Billings (0.8); further revise reply relating to certification of second question and file same with the Court, together with a request to submit (1.0); review comments to draft MJOP from David Reymann (0.1); email draft MJOP to Peter Corroon and Lauren Littlefield (0.1); review Utah Supreme Court acceptance of certification of first question and email David Reymann regarding same (0.2); email Peter Corroon and Lauren Littlefield regarding same (0.1); review memorandum decision certifying second question and email same to Peter Corroon and Lauren Littlefield (0.7). | 03:06 $350.00 | $1,085.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 11, 2016 | David Billings | 02/11/2016<br>Strategy session with Charles Stormont re: motion for judgment on the pleadings and/or summary judgment and responses to other parties' arguments (0.8); edit/revise/review reply in support of motion to certify second question (1.5); research re: ballot access case law cited by URP (.8); analysis of order from Utah Supreme Court and prepare list of record from first and second cases for designation (2.2). | 05:18<br>$265.00 | $1,404.50 |
| Feb 12, 2016 | David Billings | 02/12/2016<br>Analysis of ballot access case law (1.1); edit/revise/review motion for judgment on the pleadings (.6); analysis of LG's answer to UDP complaint (.4); analysis of LG's motion for judgment on the pleadings (.4); strategy sessions with Charles Stormont thereon (0.2); analysis of URP's motion for summary judgment (.4). | 03:00<br>$265.00 | $795.00 |
| Feb 12, 2016 | Charles Stormont | 02/12/2016<br>Review LG answer to UDP intervenor complaint (0.2); discuss impact of same on MJOP with David Billings (0.3); review revisions to MJOP based upon same and finalize for filing (0.2). | 00:42<br>$350.00 | $245.00 |
| Feb 13, 2016 | David Billings | 02/13/2016<br>Analysis of URP's motion for summary judgment (.7); strategy session with Charles Stormont thereon (0.3); prepare response to summary judgment motion (3.4). | 04:24<br>$265.00 | $1,166.00 |
| Feb 13, 2016 | Charles Stormont | 02/13/2016<br>Review URP MSJ and outline response to same (1.7); discussions with David Billings regarding same (0.3); email outline of response to same to David Billings (0.1). | 02:06<br>$350.00 | $735.00 |
| Feb 14, 2016 | David Billings | 02/14/2016<br>Draft argument section of response to URP's motion for summary judgment (4.5); strategy sessions with Charles Stormont thereon (0.3). | 04:48<br>$265.00 | $1,272.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 14, 2016 | Charles Stormont | 02/14/2016 Review URP MSJ statement of facts and related transcripts cited (1.0); draft responses to same and email to David Billings for incorporation into draft response to MSJ (1.0); discuss strategy with David Billings (0.3). | 02:18 $350.00 | $805.00 |
| Feb 15, 2016 | Charles Stormont | 02/15/2016 Call with David Billings regarding strategy relating to LG MJOP (0.4); review same and revise draft response to same (1.1); revise draft response to URP MSJ (3.4). | 04:54 $350.00 | $1,715.00 |
| Feb 15, 2016 | David Billings | 02/15/2016 Analysis of LG's motion for judgment on the pleadings (2.9); strategy session with Charles Stormont thereon (0.4). | 03:18 $265.00 | $874.50 |
| Feb 16, 2016 | David Billings | 02/16/2016 Edit/revise/review response to URP's summary judgment motion (2.9); strategy sessions with Charles Stormont thereon (.1). | 03:00 $265.00 | $795.00 |
| Feb 16, 2016 | Charles Stormont | 02/16/2016 Continue to revise draft response to URP MSJ (1.6); discuss strategy relating to same with David Billings (0.1); research state law potentially applicable to footnote 25 of order certifying second question (1.2); call with David Wolf regarding scheduling issues (0.8). | 03:42 $350.00 | $1,295.00 |
| Feb 17, 2016 | Charles Stormont | 02/17/2016 Revise response to LG MJOP (1.5); strategy discussions with David Billings (0.4); call with Peter Corroon, Lauren Littlefield, and David Billings regarding status and strategy (0.6); email Peter Corroon and Lauren Littlefield regarding same (0.1); email Peter Corroon and Lauren Littlefield regarding acceptance of second question by Utah Supreme Court (0.1); research case law relating to severe burdens on associational rights (0.8). | 03:30 $350.00 | $1,225.00 |



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 17, 2016 | David Billings | 02/17/2016<br>Edit/revise/review response to URP's summary judgment motion and response to LG's motion for judgment on the pleadings (2.8); strategy sessions with Charles Stormont thereon (0.4); conference call with Peter Corroon and Lauren Littlefield thereon (0.6); edit/revise/review correspondence to Lauren Littlefield and Peter Corroon (.2); analysis of URP's partial summary judgment motion (.3); draft facts section for response thereto (2.0). | 06:36<br>$265.00 | $1,749.00 |
| Feb 18, 2016 | David Billings | 02/18/2016<br>Draft argument section of response to URP's partial summary judgment motion (2.4); edit/revise/review response to URP's summary judgment motion (2.3); compose correspondence to Peter Corroon and Lauren Littlefield thereon (.2). | 04:54<br>$265.00 | $1,298.50 |
| Feb 18, 2016 | Charles Stormont | 02/18/2016<br>Continue to review severe burden cases (1.1); begin to outline oral arguments relating to same and revise response to URP MSJ based upon same (5.3); email Peter Corroon and Lauren Littlefied regarding strategy (0.1). | 06:30<br>$350.00 | $2,275.00 |
| Feb 19, 2016 | David Billings | 02/19/2016<br>Edit/revise/review response to URP's partial summary judgment motion (.7); strategy session with Charles Stormont thereon (0.2); compose correspondence to Peter Corroon and Lauren Littlefield thereon (0.2). | 01:06<br>$265.00 | $291.50 |
| Feb 19, 2016 | Charles Stormont | 02/19/2016<br>Research relating to Utah Constitution, article I, sections 17 and 24 (0.6); begin to outline arguments relating to same (1.1); finalize responses to LG MJOP and file same (0.4); discuss strategy with David Billings (0.2). | 02:18<br>$350.00 | $805.00 |
| Feb 20, 2016 | David Billings | 02/20/2016<br>Analysis of URP memo. in opposition to motions for judgment on the pleading and LG's memorandum in opposition to URP's first summary judgment motion (4.1); compose notes thereon (.3). | 04:24<br>$265.00 | $1,166.00 |

May 9, 2016
Invoice #



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 20, 2016 | Charles Stormont | 02/20/2016 Review URP response to UDP MJOP and LG response to URP MSJ 1 (0.2); begin to outline issues for replies to same and email David Billings regarding same (0.2). | 00:24 $350.00 | $140.00 |
| Feb 21, 2016 | Charles Stormont | 02/21/2016 Call with David Billings regarding strategy for response to recent pleadings by URP and LG (0.5); continue to review URP response to UDP MJOP and outline response to same and submit to David Billings for drafting purposes (0.6); review LG response to URP MSJ 1 and outline response to issues that need to be disputed for preservation purposes and submit same to David Billings (0.7); review URP MSJ 2 and outline response to same and submit to David Billings (1.9). | 03:42 $350.00 | $1,295.00 |
| Feb 21, 2016 | David Billings | 02/21/2016 Call with Charles Stormont regarding strategy relating to response to recent filings by LG and URP (0.5); analysis of injunction ruling and oral argument thereon (2.7); edit/revise/review UDP response to URP's motion for partial summary judgment accordingly (3.8). | 07:00 $265.00 | $1,855.00 |
| Feb 22, 2016 | David Billings | 02/22/2016 Analysis of key filings in first case (2.5); analysis of caselaw cited by LG (2.8); draft responses to LG's statement of additional undisputed material facts (1.4). | 06:42 $265.00 | $1,775.50 |
| Feb 22, 2016 | Charles Stormont | 02/22/2016 Revise response to URP MSJ 2 (3.2). | 03:12 $350.00 | $1,120.00 |
| Feb 23, 2016 | Charles Stormont | 02/23/2016 Discuss strategy with David Billings regarding response/reply/objection to outstanding pleadings (0.3); continue to revise response to URP MSJ 2 (1.7); revise reply to UDP MJOP (1.3); revise objection to LG response to URP MSJ 1 (1.0); review notices from Utah Supreme Court (0.2); call with David Wolf regarding certification of the record to the Utah Supreme Court (0.6). | 05:06 $350.00 | $1,785.00 |



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 23, 2016 | David Billings | 02/23/2016<br>Strategy sessions with Charles Stormont regarding revisions to responses and replies (0.3); edit/revise/review UDP's opposition to URP's second summary judgment motion (2.0); edit/review/revise UPD's response to LG's opposition to URP's second summary judgment motion (1.0); edit/review/revise reply in support of UDP's motion for judgment on the pleadings (.5); analysis of materials from the Utah Supreme Court (0.4); compose correspondence to Peter Corroon and Lauren Littlefield thereon (0.2). | 04:30<br>$265.00 | $1,192.50 |
| Feb 24, 2016 | Charles Stormont | 02/24/2016<br>Review draft of designation of the record for Utah Supreme Court (1.9); email draft of same to David Wolf to attempt stipulation on same (0.1); discuss strategy with David Billings regarding certified questions (0.5); call with David Wolf and David Billings regarding designation of the record to the Utah Supreme Court (0.2); revise draft of same and re-circulate to David Wolf (0.1); final review of pleadings due and file same (2.2); research "permits" interpretation issues (0.5). | 05:30<br>$350.00 | $1,925.00 |
| Feb 24, 2016 | David Billings | 02/24/2016<br>Edit/revise/review designation of the record (1.5); analysis of Utah Code (.5); Strategy session with Charles Stormont re: Utah Supreme Court briefing (0.5); research regarding statutory interpretation of election code (1); conference call with David Wolf re: designation of the record (0.2); edit/revise/review UDP's response to LG's opposition to URP's first summary judgment motion (1.8); analysis of LG's opposition to URP's second summary judgment motion and LG's reply in support of his motion for judgment on the pleadings (1.1). | 06:36<br>$265.00 | $1,749.00 |
| Feb 25, 2016 | David Billings | 02/25/2016<br>Strategy session with Charles Stormont re: LG's argument about URP's constitution and bylaws (0.7); research thereon (1.5). | 02:12<br>$265.00 | $583.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 25, 2016 | Charles Stormont | 02/25/2016 Revise designation of the record to Utah Supreme Court based on recent filings and circulate same to David Wolf (0.5); review edits to same from David Wolf (0.2); circulate same to Marcus Mumford and Christ Troupis for consideration of possible stipulation (0.1); continue to research "permits" interpretation issues based upon recent filings by LG (1.1); call with Valerie Valencia regarding certification of the record (0.1); review transcript of status conference (0.5); strategy discussion with David Billings regarding LG arguments on URP governing documents (0.7). | 03:12 $350.00 | $1,120.00 |
| Feb 26, 2016 | David Billings | 02/26/2016 Research constitutional convention proceedings (1.9); research regarding judicial admissions (1.7); strategy sessions with Charles Stormont thereon (0.5); conference calls with Kristin Aldred, Therese Huhtala, and Michael Zimmerman regarding potential assistance on briefs to Utah Supreme Court (0.8). | 05:36 $265.00 | $1,484.00 |
| Feb 26, 2016 | Charles Stormont | 02/26/2016 Revise designation of the record to Utah Supreme Court based on Christ Troupis indication of URP willingness to stipulate to same and circulate same for signatures (0.6); call with David Wolf regarding designation of record and arguments at March 10, 2016 hearing (0.3); file designation of the record with Utah Supreme Court (0.5); review LG's recent filings and begin to outline response to argument regarding URP conduct and ripeness issues raised (1.3). | 02:42 $350.00 | $945.00 |
| Feb 27, 2016 | David Billings | 02/27/2016 Conference call with Kristin Aldred re: research and drafting assistance for supreme court (0.3); analysis of URP's late-filed reply (.7); research on cases cited therein (.8). | 01:48 $265.00 | $477.00 |
| Feb 28, 2016 | David Billings | 02/28/2016 Edit/revise/review brief outline (0.5). | 00:30 $265.00 | $132.50 |
| Feb 28, 2016 | Charles Stormont | 02/28/2016 Revise Utah Supreme Court brief outline and begin to draft additional portions of same (2.4). | 02:24 $350.00 | $840.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Feb 29, 2016 | Charles Stormont | 02/29/2016<br>Strategy discussions with David Billings regarding scheduling and Utah Supreme Court briefing (0.7); call with David Wolf regarding attorney planning report (0.7); revise proposal from Christ Troupis relating to same accordingly and circulate to counsel for all parties (0.5); review comments to same from David Wolf and approve for filing (0.1); draft timeline of important events to aid briefing to Utah Supreme Court (2.0); revise draft scheduling order received from Christ Troupis and circulate to counsel for all parties (0.2). | 04:12<br>$350.00 | $1,470.00 |
| Feb 29, 2016 | David Billings | 02/29/2016<br>Strategy session with Charles Stormont re: briefing in state and federal court (0.7); conference call with Kristin Aldred re: briefing assistance (.2); conference call with David Wolf re: attorneys' planning meeting report and proposed scheduling order (0.7); draft portions of opening brief (3.7); edit/revise/review attorneys' planning meeting report (.5). | 06:06<br>$265.00 | $1,616.50 |
| Mar 1, 2016 | David Billings | 03/01/2016<br>Research re: who may file 12c and 56 motions (1.6); research re: Utah Constitutional Convention (1.0); draft opening brief portions (1.8); conference call with Troy Booher re: engagement (0.1); strategy sessions with Charles Stormont thereon (0.1). | 04:36<br>$265.00 | $1,219.00 |
| Mar 1, 2016 | Charles Stormont | 03/01/2016<br>Review URP reply to MSJ 2 and outline notes responding to same (0.5); review revisions to scheduling order from opposing counsel and email response to same (0.3); call with Troy Booher and David Billings regarding briefing strategy to Utah Supreme Court (0.1); discuss strategy relating to same with David Billings (0.1); revise portions of opening brief (1.2); email Peter Corroon and Lauren Littlefield regarding briefing strategy (0.4). | 02:36<br>$350.00 | $910.00 |
| Mar 2, 2016 | Charles Stormont | 03/02/2016<br>Discuss strategy with David Billings regarding March 10 hearing (0.5). | 00:30<br>$350.00 | $175.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 2, 2016 | David Billings | 03/02/2016<br>Strategy session with Charles Stormont re: oral argument on March 10 (0.5); Draft Red Brief (4.9). | 05:24<br>$265.00 | $1,431.00 |
| Mar 3, 2016 | Charles Stormont | 03/03/2016<br>Discuss strategy for oral argument with David Billings (0.3); call with David Billings and Troy Booher regarding strategy (0.5). | 00:48<br>$350.00 | $280.00 |
| Mar 3, 2016 | David Billings | 03/03/2016<br>Edit/revise/review red brief (4.3); prepare Charles Stormont for oral argument on dispositive motions (.3); call with Charles Stormont and Troy Booher regarding strategy (.5). | 05:06<br>$265.00 | $1,351.50 |
| Mar 4, 2016 | Charles Stormont | 03/04/2016<br>Review Order issued by Court (0.4); discuss strategy relating to same with David Billings (0.4); begin to outline supplemental brief requested by Court (1.0); email Peter Corroon and Lauren Littlefield regarding strategy relating to same and data needed (0.3); follow-up emails with Lauren Littlefield regarding same (0.2); call with David Wolf and David Billings regarding Court's Order, providing citations to LaRouche and Green cases, and UDP's third cause of action (0.7); research issues raised by Court's Order (2.8). | 05:48<br>$350.00 | $2,030.00 |
| Mar 4, 2016 | David Billings | 03/04/2016<br>Analysis of Judge Nuffer's order (0.8); edit/review/revise opening brief to supreme court (4.1); draft supplemental briefing (3.1); strategy session with Charles Stormont thereon (0.4); conference calls with David Wolf re: Judge Nuffer's order and provide case citations to him responding to same (0.7). | 09:07<br>$265.00 | $2,438.00 |
| Mar 5, 2016 | David Billings | 03/05/2016<br>Edit/revise/review supplemental briefing to Judge Nuffer (3.6); edit/revise/review opening brief to Utah Supreme Court (2.3). | 05:54<br>$265.00 | $1,563.50 |
| Mar 5, 2016 | Charles Stormont | 03/05/2016<br>Continue to research issues raised by Court's Order (1.5); revise opening brief to Utah Supreme Court (4.7). | 06:12<br>$350.00 | $2,170.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 6, 2016 | Charles Stormont | 03/06/2016<br>Continue to revise opening brief to Utah Supreme Court (5.0); emails with David Billings regarding same (0.5); revise supplemental brief requested by Court's March 4 Order (2.2). | 07:42<br>$350.00 | $2,695.00 |
| Mar 6, 2016 | David Billings | 03/06/2016<br>Edit/revise/review supplemental briefing (1.6); edit/revise/review opening brief (1.3). | 02:54<br>$265.00 | $768.50 |
| Mar 7, 2016 | Charles Stormont | 03/07/2016<br>Review email from Lauren Littlefield regarding HB481 (0.1); review HB481 and provide comments on same to Lauren Littlefield (0.5); revise opening brief to Utah Supreme Court (3.0); discuss strategy relating to same with David Billings (0.5); email draft of same to Troy Booher (0.1); strategy discussion with David Billings regarding Court's recent Order requesting supplemental briefing and draft of same (0.4); emails with Lauren Littlefield regarding data needed for supplemental brief (0.5); meet with Troy Booher, Alexa Mareschal, and David Billings regarding opening brief to Utah Supreme Court (0.9). | 06:00<br>$350.00 | $2,100.00 |
| Mar 7, 2016 | David Billings | 03/07/2016<br>Analysis of proposed legislative fix to signature gathering provision (1.0); conference call with Lauren Littlefield thereon (0.2); edit/revise/review supplemental briefing on signature gathering provision (1.7); strategy session with Charles Stormont re same (0.4); edit/revise/review opening brief to Utah Supreme Court (.8); strategy session on same with Charles Stormont (0.5); strategy session with appellate co-counsel (0.9); research re: candidate access (.3). | 05:48<br>$265.00 | $1,537.00 |
| Mar 8, 2016 | Charles Stormont | 03/08/2016<br>Begin to review pleadings in preparation for March 14 hearing (0.5). | 00:30<br>$350.00 | $175.00 |
| Mar 8, 2016 | David Billings | 03/08/2016<br>Edit/revise/review supplemental brief on signature gathering provision (2.6). | 02:36<br>$265.00 | $689.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 9, 2016 | Charles Stormont | 03/09/2016<br>Revise supplemental brief on signature gathering requirements (3.0); discuss strategy with David Billings relating to same (0.5); revise spreadsheets of votes required for UDP candidates to include in supplemental brief to provide additional information on combinations of voters from different categories (1.0); email draft of supplemental brief to Peter Corroon and Lauren Littlefield for review (0.1). | 04:36<br>$350.00 | $1,610.00 |
| Mar 9, 2016 | David Billings | 03/09/2016<br>Edit/revise/review supplemental briefing on signature gathering provision (1.4); strategy sessions with Charles Stormont re the same (0.5); research and preparation for opening brief to Utah Supreme Court (1.0); conference call with appellate co-counsel thereon (.2). | 02:54<br>$265.00 | $768.50 |
| Mar 10, 2016 | Charles Stormont | 03/10/2016<br>Continue to review briefing in preparation for March 14 hearing (1.3); strategy discussions with David Billings regarding same (0.7); call with Colin Simonsen regarding status and concerns of Constitution Party (0.4); call with David Billings and Troy Booher regarding strategy on briefing to Utah Supreme Court (0.6); revise opening brief to Utah Supreme Court (1.0); review supplemental briefs filed by parties on signature gathering issues and email same to Troy Booher as they relate to issues likely to be raised in briefing to Utah Supreme Court (1.3). | 05:18<br>$350.00 | $1,855.00 |
| Mar 10, 2016 | David Billings | 03/10/2016<br>Edit/revise/review Supreme Court brief (1.8); edit/revise/review supplemental brief on signature gathering provision (2.8); prepare for oral argument on dispositive motions (.4); strategy sessions with Charles Stormont thereon (.7); analysis of email from Colin Simonsen (CPU's attorney) (0.1); conference call with Charles Stormont and Colin Simonsen thereon (.4); conference call with Troy Booher and Charles Stormont regarding appellate brief (.6); analysis of Troy Booher's revisions to appellate brief (.3); analysis of supplemental briefs filed by LG and URP (.3). | 07:24<br>$265.00 | $1,961.00 |



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 11, 2016 | Charles Stormont | 03/11/2016 Calls with David Billings regarding strategy relating to opening brief to Utah Supreme Court (1.1); review RPP requirements and email Troy Booher regarding same (0.4); revise opening brief to Utah Supreme Court and email same to Troy Booher (1.1). | 02:36 $350.00 | $910.00 |
| Mar 11, 2016 | David Billings | 03/11/2016 Edit/revise/review opening brief to supreme court (2.4); conference calls with Charles Stormont and Troy Booher thereon (1.1); analysis of unpublished decisions cited by LG (.1); analysis of newly enacted laws passed by legislature (.3). | 03:54 $265.00 | $1,033.50 |
| Mar 12, 2016 | Charles Stormont | 03/12/2016 Call with David Billings and Troy Booher regarding strategy relating to opening brief to Utah Supreme Court (0.5); continue to review pleadings and caselaw in preparation for March 14 hearing (5.2); revise argument in opening brief to Utah Supreme Court with respect to constitutional claims (1.2); strategy discussions with David Billings regarding March 14 hearing (0.6). | 07:24 $350.00 | $2,590.00 |
| Mar 12, 2016 | David Billings | 03/12/2016 Conference call with Troy Booher and Charles Stormont re: opening brief (.5); edit/revise/ review opening brief; strategy sessions with Charles Stormont re: dispositive motion oral argument (.6); prepare case summaries to aid Charles Stormont's preparation for oral argument (6.4). | 07:30 $265.00 | $1,987.50 |
| Mar 13, 2016 | Charles Stormont | 03/13/2016 Review email from Judge Nuffer regarding March 14 hearing (0.2); discuss same and strategy for hearing with David Billings and research needed (1.0); continue to review pleadings and caselaw in preparation for March 14 hearing (6.0); discuss strategy relating to opening brief to Utah Supreme Court with David Billings (0.7); revise opening brief to Utah Supreme Court and email David Billings regarding same (1.5). | 09:24 $350.00 | $3,290.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 13, 2016 | David Billings | 03/13/2016<br>Analysis of Judge Nuffer's email to counsel (0.4); conference call with Charles Stormont thereon (1.0); research regarding "wholly irrational" (2.3); conference call with Troy Booher re: opening brief to supreme court (.3); analysis of Troy Brooher's edits to opening brief (.4); strategy sessions with Charles Stormont thereon (.7); edit/revise/review opening brief and addenda; compose correspondence to appellate team thereon (.3). | 05:24<br>$265.00 | $1,431.00 |
| Mar 14, 2016 | Charles Stormont | 03/14/2016<br>Continue to review pleadings and caselaw in preparation for March 14 hearing (4.7); strategy discussions regarding same with David Billings (1.0); attend hearing and present argument in response to arguments raised by other parties (1.3). | 07:00<br>$350.00 | $2,450.00 |
| Mar 14, 2016 | David Billings | 03/14/2016<br>Prepare for oral argument on signature gathering provision (0.5); discuss strategy re same with Charles Stormont (1.0); attend oral argument on signature gathering provision (1.3); finalize opening brief to Utah Supreme Court and addenda thereto (0.9); compose correspondence with appellate co-counsel (0.2). | 03:54<br>$265.00 | $1,033.50 |
| Mar 15, 2016 | David Billings | 03/15/2016<br>Compose correspondence to David Wolf and Joshua Ostler re: URP opening brief (0.2); analysis of LG's opening brief (1.1). | 01:24<br>$265.00 | $371.00 |
| Mar 15, 2016 | Charles Stormont | 03/15/2016<br>Begin to review opening briefs of LG and URP (0.6); email Troy Booher copies of same (0.0); email Peter Corroon and Lauren Littlefield copies of same with summary of key issues (0.4). | 01:00<br>$350.00 | $350.00 |
| Mar 16, 2016 | David Billings | 03/16/2016<br>Prepare outline for response brief to supreme court (2.1); strategy session with Troy Booher and Charles Stormont thereon (1.6). | 03:42<br>$265.00 | $980.50 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 16, 2016 | Charles Stormont | 03/16/2016 Email Troy Booher regarding strategy relating to response brief to Utah Supreme Court (0.2); review LG's opening brief to Utah Supreme Court (1.1); review URP opening brief to Utah Supreme Court (0.8); meet with Troy Booher and David Billings regarding response brief strategy (1.6). | 03:42 $350.00 | $1,295.00 |
| Mar 17, 2016 | Charles Stormont | 03/17/2016 Continue to review URP opening brief to Utah Supreme Court (1.6); discuss strategy for response to same with David Billings (0.5); research equal protection issues arising out of statutory rights (2.0); review draft response brief from Troy Booher and begin to outline additional issues to add to same (1.2); draft objection to candidate declarations based on status of URP as an RPP (0.5). | 05:48 $350.00 | $2,030.00 |
| Mar 17, 2016 | David Billings | 03/17/2016 Prepare portion of response brief (2.0); discuss strategy re same with Charles Stormont (0.5); edit/revise/review position drafted by Troy Booher (3.0). | 05:30 $265.00 | $1,457.50 |
| Mar 18, 2016 | Charles Stormont | 03/18/2016 Call with Lauren Littlefield to discuss objection to candidate declarations based on status of URP as an RPP (0.5); revise draft objection (1.0); discuss strategy relating to same with David Billings (0.2); call with Peter Corroon regarding objection to candidate declarations (0.1); revise draft response brief to Utah Supreme Court and email Troy Booher same (1.5). | 03:18 $350.00 | $1,155.00 |
| Mar 18, 2016 | David Billings | 03/18/2016 Research re: candidate objection process (1.6); discuss strategy re same with Charles Stormont (0.2); edit/revise/review response brief (2.2). | 05:00 $265.00 | $1,325.00 |
| Mar 20, 2016 | Charles Stormont | 03/20/2016 Research lenity issues for use in response brief to Utah Supreme Court (1.0). | 01:00 $350.00 | $350.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 21, 2016 | David Billings | 03/21/2016<br>Discuss strategy relating to response brief with Charles Stormont (.2); edit/revise/review response brief (4.2); research regarding whether objections must also go to county clerks (.6). | 05:30<br>$265.00 | $1,457.50 |
| Mar 21, 2016 | Charles Stormont | 03/21/2016<br>Discuss strategy with David Billings regarding response brief to Utah Supreme Court (0.2); review Utah caselaw relating to ambiguity in context of election code (1.4); call with Peter Corroon regarding objection to declarations of candidacy (0.1); review and revise draft objection to same and email to Peter Corroon and Lauren Littlefield (0.4); revise response brief to Utah Supreme Court and email same to Troy Booher (1.9). | 04:00<br>$350.00 | $1,400.00 |
| Mar 22, 2016 | Charles Stormont | 03/22/2016<br>Discuss strategy with David Billings regarding response brief to Utah Supreme Court (0.5); email copy of objection to declarations of candidacy to counsel for LG and URP (0.1); revise same based on comment from URP counsel and resubmit same to Peter Corroon (0.1); email Troy Booher and David Billings regarding response to caselaw relating to ambiguity in election code context (0.8). | 01:30<br>$350.00 | $525.00 |
| Mar 22, 2016 | David Billings | 03/22/2016<br>Strategy sessions with Charles Stormont re: Utah Election Law cases (0.5); edit/revise/review response brief (1.7); compose correspondence to Troy Booher and Charles Stormont thereon (0.2). | 02:24<br>$265.00 | $636.00 |
| Mar 24, 2016 | David Billings | 03/24/2016<br>Proof and record check of response brief (0.7). | 00:42<br>$265.00 | $185.50 |
| Mar 24, 2016 | Charles Stormont | 03/24/2016<br>Revise response brief to Utah Supreme Court and email same to Troy Booher to finalize for filing (2.8). | 02:48<br>$350.00 | $980.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 25, 2016 | Charles Stormont | 03/25/2016<br>Email Rule 56(f) notice received from Court to Peter Corroon and Lauren Littlefield (0.0); respond to questions from Peter Corroon relating to same (0.3); begin to review LG response brief to Utah Supreme Court (0.8). | 01:06<br>$350.00 | $385.00 |
| Mar 25, 2016 | David Billings | 03/25/2016<br>Analysis of LG's response brief (1.1). | 01:06<br>$265.00 | $291.50 |
| Mar 27, 2016 | Charles Stormont | 03/27/2016<br>Continue to review LG response brief to Utah Supreme Court and outline responses to issues raised for oral argument (0.8); research relating to same (0.2). | 01:00<br>$350.00 | $350.00 |
| Mar 28, 2016 | David Billings | 03/28/2016<br>Analysis of LG Cox's response to Corroon's objection letter (.1); strategy session with Charles Stormont thereon (0.6); compose verified petition /application for review of LG's decision (1.0); conference call with David Wolf and Charles Stormont re: candidate declaration challenge, Supreme Court oral argument and URP brief (1.0); analysis of LG's response brief (2.5); research re: 1983 claims in various jurisdictions (0.5); edit/revise/review petition/application (0.4); analysis of correspondence from Clerk of the Utah Supreme Court re: oral argument time (0.1); strategy sessions with Charles Stormont thereon (0.3). | 06:18<br>$265.00 | $1,669.50 |
| Mar 28, 2016 | Charles Stormont | 03/28/2016<br>Continue to outline argument to Utah Supreme Court (4.4); research executive duties to enforce the law (0.8); discuss strategy with David Billings regarding oral argument to Utah Supreme Court (0.6); email David Reymann regarding petition to district court relating to objections to declarations of candidacy (0.1); call with David Wolf regarding same and URP response brief to Utah Supreme Court (1.0); call with David Reymann regarding objections to declaration of candidacy (0.2); review and revise petition (0.9); email same to Peter Corroon for signature of verification (0.1); call with Andrea Martinez regarding time allocation (0.2); discuss strategy relating to same with David Billings (0.3). | 08:36<br>$350.00 | $3,010.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

|  |  |  | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 29, 2016 | Charles Stormont | 03/29/2016<br>Strategy discussions with David Billings regarding Rule 56(f) response (0.5); continue to outline argument to Utah Supreme Court (2.6); call with David Wolf regarding time allocation at Utah Supreme Court (0.2); emails with Troy Booher regarding same (0.1); revise petition to district court regarding objection to declarations of candidacy (0.5); compile exhibits for same (0.5); revise acceptance of service for same (0.2); revise motion regarding schedule for same (0.2); email copies of filings to David Wolf (0.1). | 04:54<br>$350.00 | $1,715.00 |
| Mar 29, 2016 | David Billings | 03/29/2016<br>Edit/revise/review application/petition and prepare it for filing (0.3); prepare summons and acceptance of service (0.4); prepare stipulated joint motion to stay and proposed order (0.2); analysis of URP's response brief (0.9); compose response to Court's 56(f) notice (3.6); strategy session with Charles Stormont thereon (0.5). | 05:30<br>$265.00 | $1,457.50 |
| Mar 30, 2016 | David Billings | 03/30/2016<br>Edit/review/review response to Court's 56(f) notice re subparagraphs 73(a), (i), (j); develop oral argument with Charles Stormont; research re: claim/issue preclusion and intervenors for as-applied challenges. | 03:36<br>$265.00 | $954.00 |
| Mar 30, 2016 | Charles Stormont | 03/30/2016<br>Revise Rule 56(f) response (1.2); review redline of stipulation regarding schedule in district court proceeding received from David Wolf, call with David Wolf, and revise same accordingly and email to David Wolf (0.8); research grammatical issues raised by URP response brief (2.3); call with Marcus Mumford and David Wolf regarding time allocation at Utah Supreme Court (0.3); email Andrea Martinez regarding stipulated request relating to same (0.2); email Troy Booher regarding same (0.1); revise stipulation regarding schedule in district court based on additional comments from David Wolf (0.1). | 05:00<br>$350.00 | $1,750.00 |



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Mar 31, 2016 | Charles Stormont | 03/31/2016<br>Further revisions to Rule 56(f) response and email same to Peter Corroon and Lauren Littlefield for review (1.6); email Troy Booher regarding moot in preparation for Utah Supreme Court argument (0.1); review case law in preparation for same (3.2); discussions with David Billings regarding same (0.4). | 05:18<br>$350.00 | $1,855.00 |
| Mar 31, 2016 | David Billings | 03/31/2016<br>Edit/revise/review proposed order to 3rd District Court (0.1); edit/revise/review 56(f) response (0.5); prepare Charles Stormont for oral argument (0.4). | 01:00<br>$265.00 | $265.00 |
| Apr 1, 2016 | Charles Stormont | 04/01/2016<br>Continue to review cases in preparation for oral argument at Utah Supreme Court and revise outline for oral argument (4.7); revise Rule 56(f) response (1.0); moot of oral argument at Zimmerman Jones Booher (1.2). | 06:54<br>$350.00 | $2,415.00 |
| Apr 1, 2016 | David Billings | 04/01/2016<br>Prepare Charles Stormont for oral argument (0.3); final edits and file response to 56(f) notice (0.8); analysis of URP 56(f) response (.1); attend moot oral argument (1.2). | 02:24<br>$265.00 | $636.00 |
| Apr 2, 2016 | David Billings | 04/02/2016<br>Prepare Charles Stormont for Oral Argument (0.7). | 00:42<br>$265.00 | $185.50 |
| Apr 2, 2016 | Charles Stormont | 04/02/2016<br>Continue to review cases and briefs in preparation for oral argument at Utah Supreme Court (3.8); email Peter Corroon and Lauren Littlefield regarding notification of press coverage from clerk of the Utah Supreme Court (0.2); call with Yandary Zavala regarding same (0.1); communications with David Billings regarding strategy for same (0.7). | 04:48<br>$350.00 | $1,680.00 |
| Apr 3, 2016 | David Billings | 04/03/2016<br>Strategy sessions with Charles Stormont re: oral argument preparation (1.3). | 01:18<br>$265.00 | $344.50 |



**STORMONT BILLINGS**

**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Apr 3, 2016 | Charles Stormont | 04/03/2016 Continue to review cases and briefs in preparation for oral argument at Utah Supreme Court (5.9); communications with David Billings regarding strategy for same (1.3). | 07:12 $350.00 | $2,520.00 |
| Apr 4, 2016 | Charles Stormont | 04/04/2016 Continue to review cases and briefs in preparation for oral argument at Utah Supreme Court (1.1); communications with David Billings regarding strategy based on same (0.8); oral argument at Utah Supreme Court (1.0); debrief with Troy Booher and David Billings (0.7). | 03:36 $350.00 | $1,260.00 |
| Apr 4, 2016 | David Billings | 04/04/2016 Prepare Charles Stormont for oral argument (0.5); attend oral argument (1.0); strategy sessions with Charles Stormont thereafter (0.3); debrief with Charles Stormont and Troy Booher (0.7). | 02:30 $265.00 | $662.50 |
| Apr 5, 2016 | Charles Stormont | 04/05/2016 Locate citations to December 3, 2015 letter from James Evans in pleadings and email same to David Billings for inclusion in supplemental filing requested by Court (0.2); revise draft supplemental filing relating to same (0.2). | 00:24 $350.00 | $140.00 |
| Apr 5, 2016 | David Billings | 04/05/2016 Analysis of Court's request for Dec. 3, 2015 letter (0.1); conference call with Court Clerk re: proper docketing (0.1); draft notice of filing (0.5). | 00:42 $265.00 | $185.50 |
| Apr 6, 2016 | David Billings | 04/06/2016 Analysis of Memorandum Decision re: subparagraphs 73(a), (i), (j) (1.6); strategy sessions with Charles Stormont thereon (0.2); analysis of correspondence from Troy Booher and Lauren Littlefield thereon (0.3). | 02:06 $265.00 | $556.50 |
| Apr 6, 2016 | Charles Stormont | 04/06/2016 Review ruling on signature gathering and judicial estoppel issued by the Court (1.5); emails with Peter Corroon and Lauren Littlefield regarding same (0.5); discuss strategy based on same with David Billings (0.2). | 02:12 $350.00 | $770.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Apr 7, 2016 | Charles Stormont | 04/07/2016 Revise notice of supplemental authority to Utah Supreme Court based upon Judge Nuffer's ruling on signature gathering provision (1.0); email to Troy Booher for comment (0.0); call with Peter Corroon regarding status (0.1); email courtesy copy of supplemental authority to counsel (0.1); review revisions to first amended complaint (0.3); strategy discussions with David Billings (0.2). | 01:42 $350.00 | $595.00 |
| Apr 7, 2016 | David Billings | 04/07/2016 Draft Rule 24(j) motion/letter (0.8); research re: effect of memorandum decision's findings on state supreme court (0.7); strategy session with Charles Stormont thereon (0.2); edit/revise/review 24(j) letter (0.4); draft first amended complaint per Judge Nuffer's memorandum decision (0.9). | 03:00 $265.00 | $795.00 |
| Apr 8, 2016 | David Billings | 04/08/2016 Analysis of Utah Supreme Court decision (0.4); analysis of responses from Peter Corroon and Lauren Littlefield thereon (0.1); conference call with David Wolf re: decision and impact on suit before Judge Kouris (0.3); compose correspondence to Lauren Littlefield and Peter Corroon thereon (0.3). | 01:06 $265.00 | $291.50 |
| Apr 8, 2016 | Charles Stormont | 04/08/2016 Review Utah Supreme Court opinion (0.6); email Peter Corroon and Lauren Littlefield regarding same (0.3); email Troy Booher regarding same (0.1); call with David Wolf regarding status and process forward based upon same (0.3). | 01:18 $350.00 | $455.00 |
| Apr 11, 2016 | Charles Stormont | 04/11/2016 Review Rule 56(f) notice and docket text order from the Court and emails with Peter Corroon and Lauren Littlefield regarding strategy relating to same (0.4); call with Peter Corroon regarding same (0.2); review pleadings and begin to outline response to Rule 56(f) notice (2.2); discuss strategy relating to same with David Billings (0.5). | 03:18 $350.00 | $1,155.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Apr 11, 2016 | David Billings | 04/11/2016<br>Analysis of Judge Nuffer's 56(f) notice and order re: supreme court decision (0.3); conference call with Peter Corroon thereon (0.2); prepare 56(f) response (1.5); research re: mootness, ripeness, standing, section 1983, official capacity suits (1.5); discuss strategy with Charles Stormont thereon (0.5). | 04:00<br>$265.00 | $1,060.00 |
| Apr 12, 2016 | Charles Stormont | 04/12/2016<br>Call with David Wolf regarding status and process going forward based on notice/order received from Court (0.6); revise Rule 56(f) response (3.6); call with Lauren Littlefield regarding information needed for same (0.2). | 04:24<br>$350.00 | $1,540.00 |
| Apr 12, 2016 | David Billings | 04/12/2016<br>Edit/revise/review 56(f) response on subparagraphs 73(b)-(g) (1.2); conference call with LG re: settlement and responses to URP's answer's to the Court's questions (0.6); edit/review/revise first amended complaint (1.0); draft response to URP answers to the Court's questions (2.2). | 05:00<br>$265.00 | $1,325.00 |
| Apr 13, 2016 | Charles Stormont | 04/13/2016<br>Revise response to statement of URP with respect to SB54 compliance (2.0); discuss strategy with David Billings (0.2); revise Rule 56(f) response (1.0); review First Amended Complaint and finalize same for filing (0.5); review cases cited in response to statement of URP and revise same accordingly (1.8). | 05:30<br>$350.00 | $1,925.00 |
| Apr 13, 2016 | David Billings | 04/13/2016<br>Edit/revise/review 56(f) response and response to URP memorandum regarding the Court's April 11 order and First Amended Complaint (5.6); analysis of URP's memorandum (0.5); strategy session with Charles Stormont thereon (0.2). | 08:48<br>$265.00 | $2,332.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Apr 14, 2016 | Charles Stormont | 04/14/2016<br>Revise Rule 56(f) response based on URP statement regarding compliance with SB54 (1.5); revise response to URP statement regarding compliance with SB54 (1.6); revise First Amended Complaint and file same (0.5); email Christ Troupis regarding possible URP request for extension of time to file Rule 56(f) response (0.2); email courtesy redline of First Amended Complaint to David Wolf and Parker Douglas (0.1); call with David Wolf regarding status and process forward (0.6); call with Dennis Romboy regarding background information (0.4). | 04:54<br>$350.00 | $1,715.00 |
| Apr 14, 2016 | David Billings | 04/14/2016<br>Edit/revise/review 56(f) response, response to Dkt. 80, and first amended complaint (1.8); analysis of cases cited in Dkt. 80 and research re: potentially relevant cases to cite in response (0.9); analysis of correspondence between counsel to the case re: URP's request for an extension for its 56(f) response and URP member-candidate declarations (0.1); analysis of LG response to Dkt. 80 and cases cited therein (1.0); conference call with Charles Stormont and David Wolf (0.6); prepare initial disclosures (0.2). | 04:30<br>$265.00 | $1,192.50 |
| Apr 15, 2016 | David Billings | 04/15/2016<br>Draft brief to Judge Kouris (1.2); analysis of URP's addendum to its Dkt. 80 memorandum (0.3); research regarding attorneys' fees for intervenors in 1983 cases (2.0); conference call with Charles Stormont and Peter Corroon thereon (1.0); conference call with Charles Stormont and David Wolf regarding addendum (0.4); edit/revise/review stipulation and proposed order regarding proceedings before Judge Kouris (0.5); analysis of Memorandum Decision regarding subparagraphs 73 (b)-(g) (1.0). | 06:06<br>$265.00 | $1,616.50 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

|  |  |  | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Apr 15, 2016 | Charles Stormont | 04/15/2016<br>Review URP addendum regarding compliance with SB54 (0.1); call with David Wolf regarding same (0.4); prepare revised stipulation regarding schedule in state court proceeding and email same to David Wolf (1.1); review and approve proposed changes to same from David Wolf (0.1); review court ruling on either or both provision and emails with Peter Corroon and Lauren Littlefield regarding same (1.0). | 02:42<br>$350.00 | $945.00 |
| Apr 18, 2016 | Charles Stormont | 04/18/2016<br>Strategy discussion with David Billings based on Court's memorandum decision (0.2). | 00:12<br>$350.00 | $70.00 |
| Apr 18, 2016 | David Billings | 04/18/2016<br>Conference call with Judge Kouris' clerk (0.3); compose correspondence to David Wolf and Charles Stormont thereon (0.3); draft motion for attorneys fees (1.5); strategy session with Charles Stormont thereon (0.2). | 02:18<br>$265.00 | $609.50 |
| Apr 19, 2016 | Charles Stormont | 04/19/2016<br>Call with Troy Booher and David Billings regarding settlement strategy and possibility of appeal by URP (0.6); call with David Wolf and David Billings regarding process forward (0.5); research attorney fee cases and email David Wolf regarding same (1.0). | 02:06<br>$350.00 | $735.00 |
| Apr 19, 2016 | David Billings | 04/19/2016<br>Conference call with Troy Booher and Charles Stormont re: preserving issues on appeal should UDP settle with the LG (0.6); conference call with David Wolf and Charles Stormont re: potential settlement (0.5); research re: attorneys fees for intervenors (1.7); edit/revise/review legal memo regarding attorneys' fees (1.8). | 06:18<br>$265.00 | $1,669.50 |
| Apr 20, 2016 | Charles Stormont | 04/20/2016<br>Continue to research attorney fee case law (2.8). | 02:48<br>$350.00 | $980.00 |
| Apr 21, 2016 | Charles Stormont | 04/21/2016<br>Continue to research attorney fee case law (2.4); emails with David Billings regarding strategy (0.3); review court rulings relating to LG shifting positions as it relates to strategy forward (1.5). | 04:12<br>$350.00 | $1,470.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

|  |  |  | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Apr 21, 2016 | David Billings | 04/21/2016<br>Analysis of caselaw cited by David Wolf in his email denying informal request for attorneys' fees; strategy sessions with Charles Stormont regarding next steps (0.3). | 01:30<br>$265.00 | $397.50 |
| Apr 22, 2016 | David Billings | 04/22/2016<br>Strategy sessions with Charles Stormont (0.8). | 00:48<br>$265.00 | $212.00 |
| Apr 22, 2016 | Charles Stormont | 04/22/2016<br>Continue to review court rulings relating to LG shifting positions as it relates to strategy forward (1.4); discuss strategy with David Billings regarding same (0.8); call with Peter Corroon regarding strategy (0.1). | 02:18<br>$350.00 | $805.00 |
| Apr 24, 2016 | David Billings | 04/24/2016<br>Draft summary judgment motion re: attorneys fees (0.2). | 00:12<br>$265.00 | $53.00 |
| Apr 25, 2016 | David Billings | 04/25/2016<br>Strategy session with Charles Stormont re: summary judgment and state court proceeding (0.8); edit/revise/review summary judgment motion re: attorneys fees (6.1). | 06:54<br>$265.00 | $1,828.50 |
| Apr 25, 2016 | Charles Stormont | 04/25/2016<br>Discuss settlement strategy with David Billings (0.8); call with David Wolf to discuss possibility of settlement (0.5); calls with Peter Corroon regarding same (0.2); draft stipulation to dismiss state court proceeding and email same to David Wolf (1.3). | 02:48<br>$350.00 | $980.00 |
| Apr 26, 2016 | Charles Stormont | 04/26/2016<br>Discuss strategy with David Billings regarding settlement and summary judgment (0.5); research attorneys' fees in section 1988 actions involving certified questions to state court (1.3); discuss initial disclosure strategy with David Billings (0.2). | 02:00<br>$350.00 | $700.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Apr 26, 2016 | David Billings | 04/26/2016<br>Edit/revise/review summary judgment motion (0.8); strategy session with Charles Stormont thereon (0.5); analysis of David Wolf's changes to proposed stipulated dismissal without prejudice of state court action (0.1); edit/revise/review motion for attorneys' fees (1.5); draft initial disclosures (1.4); strategy session with Charles Stormont thereon (0.2). | 05:06<br>$265.00 | $1,351.50 |
| Apr 27, 2016 | Charles Stormont | 04/27/2016<br>Call with David Wolf regarding stipulation to dismiss state court proceeding (0.1); revise same accordingly and email to David Wolf for approval (0.2); research prevailing attorneys fees in reported Utah cases (1.2); discuss strategy relating to attorneys' fees claims with David Billings (0.5); revise draft motion for attorneys' fees (0.5) | 02:30<br>$350.00 | $875.00 |
| Apr 27, 2016 | David Billings | 04/27/2016<br>Strategy session with Charles Stormont re: motion for attorneys' fees and/or summary judgment (0.5); edit/revise/review motion for attorneys' fees (3.1). | 03:36<br>$265.00 | $954.00 |
| Apr 28, 2016 | Charles Stormont | 04/28/2016<br>Continue to revise motion for attorneys' fees (1.0); research relationship between mootness and section 1988 claims for attorneys' fees (1.5); call with David Wolf regarding process forward (0.2); call with Peter Corroon regarding same (0.1); voicemail for David Wolf regarding same (0.0). | 02:48<br>$350.00 | $980.00 |
| Apr 28, 2016 | David Billings | 04/28/2016<br>Strategy session with Charles Stormont re: mootness issues (1.0); analysis of prudential mootness caselaw (1.0); conference call with Collin Simenon re: CPU's settlement with LG's (0.2); edit/revise/review attorneys' fees motion (2.7). | 05:00<br>$265.00 | $1,325.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Apr 29, 2016 | Charles Stormont | 04/29/2016 Research claims for attorneys' fees based on issues related to alignment of parties (0.5); discuss strategy relating to claim for attorneys' fees with David Billings (0.4); outline revisions to motion for attorneys' fees based on same (0.2); draft stipulation regarding schedule relating to motion for attorneys' fees (1.0); review David Billings revisions to same (0.2); email same to David Wolf with explanation and requesting stipulation (0.3). | 02:36 $350.00 | $910.00 |
| Apr 29, 2016 | David Billings | 04/29/2016 Strategy session with Charles Stormont re: prevailing party standard (0.4); edit/revise/review motion for attorneys' fees (4.8); edit/revise/ review stipulation and proposed order dismissing claims without prejudice on prudential mootness grounds (0.3); draft Bogart Declaration for John's review and edits (0.9). | 06:24 $265.00 | $1,696.00 |
| May 2, 2016 | David Billings | 05/02/2016 Research re: mootness and attorneys fees (1.2); edit/revise/review attorneys' fees motion accordingly (0.4); analysis of David Wolf's edits to proposed stipulation regarding attorneys' fees and mootness (0.2); strategy session with Charles Stormont thereon (0.1). | 01:54 $265.00 | $503.50 |
| May 2, 2016 | Charles Stormont | 05/02/2016 Research party alignment issues as it relates to claim for attorneys' fees (0.7); strategy discussion with David Billings regarding proposed stipulation with LG (0.1). | 00:48 $350.00 | $280.00 |
| May 3, 2016 | Charles Stormont | 05/03/2016 Review proposed revisions to stipulation to dismiss received from David Wolf and revise same further (0.3); discuss strategy relating to same with David Billings (0.2); draft declaration in support of claim for attorneys' fees (1.6); review pre-bill and compile detail of fees/costs not claimed (2.0); calls and emails with David Wolf regarding proposed stipulation and revisions to same (0.3). | 04:24 $350.00 | $1,540.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| May 3, 2016 | David Billings | 05/03/2016 Strategy session with Charles Stormont re: changes to stipulation and proposed order (0.2); add facts section to attorneys' fees motion (0.5); compose correspondence to Troy Booher re: attorneys' fees declaration (0.1). | 00:48 $265.00 | $212.00 |
| May 4, 2016 | Charles Stormont | 05/04/2016 Continue to review pre-bill and compile detail of fees/costs not claimed (1.5); revise declaration in support of attorneys' fees and email same to Troy Booher for confirmation (0.1); revise draft declaration of John Bogart in support of attorneys' fees and email same to John Bogart for confirmation (0.2). | 01:48 $350.00 | $630.00 |
| May 4, 2016 | David Billings | 05/04/2016 Edit/revise/review Charles Stormont declaration (0.3); analysis of time entries for potential placement onto said chart (0.5); edit/revise/review excised fees and costs chart (0.1). | 00:54 $265.00 | $238.50 |
| May 5, 2016 | Charles Stormont | 05/05/2016 Email Peter Corroon and Lauren Littlefield regarding order dismissing case without prejudice (0.2); revise motion for attorneys' fees and costs (4.3). | 04:30 $350.00 | $1,575.00 |
| May 5, 2016 | David Billings | 05/05/2016 Research re: 1983 & 1988 and threatened harms (0.6); edit/revise/review attorneys' fees motion (2.1). | 02:42 $265.00 | $715.50 |
| May 6, 2016 | David Billings | 05/06/2016 Draft motion for over length brief and proposed order (0.6); edit/review/revise Stormont declaration in support of motion for attorneys' fees (0.4); edit/revise/review motion for over length brief and proposed order (0.2). | 01:36 $265.00 | $424.00 |
| May 6, 2016 | Charles Stormont | 05/06/2016 Continue to revise motion for attorneys' fees and costs and compile exhibits for same (0.9); revise motion for leave to file over length motion and proposed order and file same (0.3); draft bill of costs (0.1); revise declaration in support of motion for attorneys' fees and costs (0.4). | 01:42 $350.00 | $595.00 |



**Stormont Billings PLLC**
525 East 100 South, Suite 275B
Salt Lake City, UT 84102

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| May 8, 2016 | David Billings | 06/08/2016 Edit/revise/review motion for attorneys' fees (0.9). | 00:54 $265.00 | $238.50 |
| May 8, 2016 | Charles Stormont | 05/08/2016 Continue to revise motion for attorneys' fees and costs (1.5). | 01:30 $350.00 | $525.00 |
| | | | | $193,711.50 |

## additional charges

| | | | Qty/Price | Subtotal |
|---|---|---|---|---|
| Mar 17, 2016 | Valerie Stormont | 03/17/2016 Printing and postage expense. | $332.76 | $332.76 |
| Mar 29, 2016 | David Billings | 03/29/2016 Filing fee. | $360.00 | $360.00 |
| Apr 5, 2016 | Valerie Stormont | 04/05/2016 Printing and postage expense. | $187.20 | $187.20 |
| | | | | $879.96 |

| | |
|---|---|
| Invoice Subtotal | $194,591.46 |
| **Total** | **$194,591.46** |

# staff time

| | Hours | Rate | Subtotal |
|---|---|---|---|
| Charles Stormont | 295.2 | $350.00 | $103,320.00 |
| David Billings | 341.38 | $265.00 | $90,391.50 |
| Valerie Stormont | 0 | | $0.00 |