# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| UTAH DEMOCRATIC PARTY, Intervenor, et al. | ) |
| v. | ) Case No.: 2:16-cv-00038-DN |
| SPENCER J. COX, in his Official Capacuty as Lietenant Goveror of Utah, Defendant | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___TBD___ against ___Lieutenant Governor Cox___,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................................................................ | $ |
| Fees for service of summons and subpoena......................................................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing .................................................................................... | 519.96 |
| Fees for witnesses *(itemize on page two)*............................................................................ | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923........................................................................................ | |
| Costs as shown on Mandate of Court of Appeals ................................................................. | |
| Compensation of court-appointed experts .......................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | |
| Other costs *(please itemize)* .............................................................................................. | |
| TOTAL | $ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service  ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: /s/ Charles A. Stormont

Name of Attorney: Charles A. Stormont

For: Utah Democratic Party                   Date: 5/9/2016
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____
*Clerk of Court*    *Deputy Clerk*    *Date*

Invoice # 1750



# ZIMMERMAN JONES BOOHER
APPELLATE ATTORNEYS

March 16, 2016

**Bill to:**

Charles A. Stormont
Stormont Billings PLLC
525 East 100 South, Suite 275B
Salt Lake City, UT 84102
charles@stormontbillings.com

**Re:** *Utah Republican Party v. Cox*, Case No. 20160077-SC – Printing Cost Invoice

| Item | Cost per brief | For 16 briefs |
|---|---|---|
| Velo bind | 1 x $2.50 =$2.50 | $40.00 |
| Print (2 sided) | 68 pages x $0.22 = $14.96 | $239.36 |
| Cardstock covers | 2 x $0.25 = $0.50 | $8.00 |
| Prepare Courtesy Disc | $20.00 | $20.00 |
| Sub-total: | | $307.36 |
| Delivery to court/ postage | | $25.40 |
| **Total due:** | | **$332.76** |

Please make checks payable to:   Zimmerman Jones Booher
Felt Building, Fourth Floor
341 South Main Street
Salt Lake City, UT 84111
(801) 924-0200
TIN No. 45-2522075



# Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1049 | 03/21/16 | $332.76 | ██████XXXX█ |

```
STORMONT BILLINGS PLLC                    WELLS FARGO                         1049
525 E 100 S                            299 SOUTH MAIN STREET
SUITE 275B                             SALT LAKE CITY, UT 84111
SALT LAKE CITY, UT 84102                                              03/17/16

PAY TO THE
ORDER OF    Zimmerman Jones Booher                              $  **332.76

Three Hundred Thirty-Two and 76/100************************************  DOLLARS

Zimmerman Jones Booher
Felt Building, Fourth Floor
341 South Main Street                          [signature: Valerie Stormont]
Salt Lake City, UT 84111                       AUTHORIZED SIGNATURE

MEMO
```

Endorsement:
```
PAY TO THE ORDER OF
US BANK
SALT LAKE CITY, UT 84101
FOR DEPOSIT ONLY
ZIMMERMAN JONES BOOHER LLC
```

⌂ Equal Housing Lender
© 1995 - 2016 Wells Fargo. All rights reserved.



## ZIMMERMAN JONES BOOHER
APPELLATE ATTORNEYS

April 1, 2016

**Bill to:**

Charles A. Stormont
Stormont Billings PLLC
525 East 100 South, Suite 275B
Salt Lake City, UT 84102
charles@stormontbillings.com

**Re:** *Utah Republican Party v. Cox*, Case No. 20160077-SC – Reply Brief Printing Invoice

| Item | Cost per brief | For 16 briefs |
|---|---|---|
| Velo bind | 1 x $2.50 =$2.50 | $40.00 |
| Print (2 sided) | 30 pages x $0.22 = $6.60 | $105.60 |
| Cardstock covers | 2 x $0.25 = $0.50 | $8.00 |
| Prepare Courtesy Disc | $20.00 | $20.00 |
| Sub-total: | | $173.60 |
| Delivery to court/ postage | | $13.60 |
| **Total due:** | | **$187.20** |

Please make checks payable to:  Zimmerman Jones Booher
Felt Building, Fourth Floor
341 South Main Street
Salt Lake City, UT 84111
(801) 924-0200
TIN No. 45-2522075



# Wells Fargo Business Online®

# View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1050 | 04/06/16 | $187.20 | ▓▓▓▓▓▓▓ |

```
STORMONT BILLINGS PLLC                    WELLS FARGO                            1050
                                          505 NORTH MAIN STREET
                                          SALT LAKE CITY, UT 84111
SALT LAKE CITY, UT 84111
                                                                                04/05/16

PAY TO THE
ORDER OF   Zimmerman Jones Booher                                     $  **187.20

       One Hundred Eighty-Seven and 20/100************************************   DOLLARS

       Zimmerman Jones Booher
       Felt Building, Fourth Floor
       341 South Main Street                          [signature] Valerie Stormont
       Salt Lake City, UT 84111
```




PAY TO THE ORDER OF
U.S. BANK
SALT LAKE CITY, UT 84101
FOR DEPOSIT ONLY
ZIMMERMAN JONES BOOHER LLC
DEPOSITORY BANK ENDORSEMENT

🏠 Equal Housing Lender
© 1995 - 2016 Wells Fargo. All rights reserved.