AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

| | |
|---|---|
| Utah Republican Party | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Gary R. Herbert, et al. | |
| | Case Number: 2:16cv00038 DN |

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the order of the court entered on April 15, 2016, Declaratory Judgment is entered that Utah Code § 20A-9-101(12)(d), which allows candidates for public office to choose to access the primary election ballot by signature gathering, by participating in a party's convention, or both, does not impair the URP's constitutional rights but is a legitimate exercise of the state's power to regulate elections.

| | |
|---|---|
| September 12, 2016 | D. Mark Jones |
| *Date* | *Clerk of Court* |
| | |
| | *(By) Deputy Clerk* |